# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HRB GREEN RESOURCES LLC,

     Plaintiff,

v.                                Case No:  6:18-cv-478-Orl-40TBS

SHERLYN LEONARD,

     Defendant.

_____

## ORDER

This case comes before the Court without a hearing on Defendant Leonard's Unopposed Motion for Extension of Time (Doc. 22). Defendant has failed to include a memorandum of law in her motion in violation of Local Rule 3.01(a). "Good cause" is the standard the Court applies when a party files a timely motion for extension of time. FED. R. CIV. P. 6(b)(1). Defendant provides no explanation, let alone good cause, why she needs additional time to comply with the Court's Order (Doc. 7). Accordingly, the motion is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on April 16, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record